IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DENNIS TOOLEY,
Plaintiff,

v. Case No.: 1:24-cv-08183

SCHAUMBURG INVESTMENT GROUP, INC.,
Defendant.

**DEFENDANT'S MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

NOW COMES, Defendant, SCHAUMBURG INVESTMENT GROUP, INC., by and through their attorneys, CLAUSEN MILLER P.C., and, in support of their motion to set a briefing schedule on Defendant's Motion to Dismiss [Doc. 6], respectfully state as follows:

1. Defendant filed a Motion to Dismiss on October 11, 2024 [Doc. 6].

2. The Defendant's have consulted with Plaintiff's counsel regarding a briefing schedule for the motion.

3. Plaintiffs requested until November 20, 2024, to file their response to the motion.

4. Defendants request that they be granted until December 18, 2024, to reply to Plaintiff's response.

WHEREFORE, Defendants, SCHAUMBURG INVESTMENTS, INC., pray that this Court enter the proposed briefing schedule on Defendant's Motion to Dismiss and for all other just and equitable relief as this Honorable Court deems appropriate.

Respectfully submitted,

/s/ Katherine Kuhn
Katherine Kuhn

Brian Riordan
Katherine Kuhn
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010
(312) 606-7777 (fax)
briordan@clausen.com
kkuhn@clausen.com
Attorney No. 28570
Attorneys for Defendant