UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>Plaintiff,<br>vs.<br><br>SCHAUMBURG INVESTMENT GROUP, INC.,<br>an Illinois Corporation,<br><br>Defendant. | ) | CASE NO.: 1:24-cv-08183 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorneys' fees, costs, and expenses.

Dated: February 27, 2025

Respectfully submitted,

*/s/Brian W. Coffman*
Brian W. Coffman, Esq.
COFFMAN LAW OFFICES P.C.
2615 North Sheffield Avenue, Suite #1
Chicago, IL 60614
Tel: (773) 348-1295
Fax: (773) 242-6188
bcoffmanlaw@gmail.com

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Tod H. Rottman* .
Tod H. Rottman
Brian Riordan, Esq.
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Tel: (312) 855-1010
Fax: (312) 606-7777
TRottman@clausen.com
briordan@clausen.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Tod H. Rottman
Brian Riordan, Esq.
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
TRottman@clausen.com
briordan@clausen.com

By: */s/Brian W. Coffman*
Brian W. Coffman, Esq